Prob 22 (Rev. 2/88) VAE (Rev. 1/24)

**DOCKET NUMBER** *(Tran. Court)*
3:24CR00017-001

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
25-cr-046

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Wendy Lawrence | Eastern District of Virginia | Richmond Division |

FILED 3/5/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable M. Hannah Lauck |

| DATES OF PROBATION /SUPERVISED RELEASE: | FROM 01/14/2025 | TO 01/13/2028 |

**OFFENSE:**
Theft of Mail by Postal Service Employee, in violation of 18 U.S.C. § 1709; a Class D Felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision): Since Ms. Lawrence's release from custody of the Federal Bureau of Prisons, she has been residing in Nevada and being supervised by the District of Nevada. Additionally, according to the presentence report, Ms. Lawrence lived in Nevada from 2014 to 2021. Furthermore, she moved back to Nevada in 2023 until her sentencing in this case. She has expressed no interest in returning to reside in Virginia. Nevada has requested a transfer of jurisdiction.

## PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§ 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/24/25
Date

/s/ M. Hannah Lauck
United States District Judge
The Honorable M. Hannah Lauck
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/6/2025
Effective Date

United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Wendy Nicole Lawrence

Case No.:  TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

March 5, 2025

TO:    The Honorable U.S. District Judge

The purpose of this correspondence is to request the acceptance of Transfer of Jurisdiction in the above-name case.  On May 29, 2024, Wendy Nicole Lawrence was sentenced by the Honorable U.S. District Judge Hannah Lauck, in the Eastern District of Virginia, to thirteen (13) months custody, followed by three (3) years of supervised release, for committing the offense of Theft of Mail by Postal Service Employee.

Ms. Lawrence commenced supervision on January 14, 2025, in the District of Nevada. Ms. Lawrence has familial ties within the District of Nevada and intends to remain in the supervising district for the duration of her case.

At this time, we are requesting the jurisdiction of her case be accepted in the District of Nevada. The Honorable Judge Hannah Lauck has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction (Prob 22) form. Should the Court agree with this request, please sign the attached Prob 22.

Respectfully submitted,

Digitally signed by Javier Muruato-Cortez
Date: 2025.03.05 13:31:47 -08'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.03.05 09:16:36 -08'00'

Joy Gabonia
Supervisory United States Probation Officer